IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. CHRISTOPHER TROTTER #K-53016, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 06 C 6778 |
| DONALD A. HULICK, Warden, | ) ) | |
| Respondent. | ) | |

## MEMORANDUM ORDER

In response to this Court's December 12, 2006 memorandum order, Christopher Trotter ("Trotter") has submitted a detailed and orderly account of all of his efforts to obtain post-conviction relief from the state court system before bringing his 28 U.S.C. §2254 Petition for Writ of Habeas Corpus ("Petition") to this federal court. This Court has reviewed Trotter's submission and, without expressing any ultimate views as to the Petition's timeliness or substantive validity, has determined in accordance with Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts that the respondent must file an answer or motion or other response on or before March 5, 2007. This Court will then determine what further proceedings are called for to deal with the Petition.

_____
Milton I. Shadur
Senior United States District Judge

Date: January 5, 2007