IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA ex rel. )
CHRISTOPHER TROTTER #K-53016, )
 )
           Petitioner, )
 )
  v. )  No. 06 C 6778
 )  (USCA No. 07-2340)
DONALD A. HULICK, )
           Respondent. )

## MEMORANDUM ORDER

On June 6, 2007 this Court issued its Statement as to Certificate of Appealability, stating its view that no such certificate should issue in connection with the appeal by Christopher Trotter ("Trotter") from the denial of his 28 U.S.C. §2254 Petition for Writ of Habeas Corpus. That statement concluded by advising Trotter that he "is of course free to present the same question to the Court of Appeals (see Section 2253(c)(1))." Trotter then filed with the Court of Appeals his "Petition for Leave To File and Proceed on Appeal In Forma Pauperis," accompanying that petition with a printout reflecting the transactions in his trust fund account at Menard Correctional Center ("Menard," where he is presently confined), as called for by 28 U.S.C. §1915 ("Section 1915").

This Court has therefore made the calculation required by Section 1915(b)(1), and it has determined that the average monthly deposits to Trotter's account during the relevant six-month period (the larger of the two figures referred to in that

subsection) came to $44.80, so that the initial partial filing fee required to be paid by Trotter amounted to $8.96. Accordingly, pursuant to Section 1915(b)(1):

   1. Trotter is obligated to pay the entire $455 in filing fees in conjunction with his appeal.

   2. Menard's trust fund officer is ordered promptly to remit the sum of $8.96 on account of that fee to the Clerk of this District Court:

>       Office of the Clerk
>       United States District Court
>       219 South Dearborn Street
>       Chicago IL 60604
>
>       Attention:  Fiscal Department

After such payment, the trust fund officer at Menard (or at any other correctional facility where Trotter may hereafter be confined) is authorized to collect monthly payments from his trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $455 in filing fees is paid. Both the initial payment and all future payments shall clearly identify Trotter's name and the 07-2340 Court of Appeals case number assigned to this action. To implement these requirements, the Clerk shall send a copy of this order to the Menard trust fund officer.

Finally, although Trotter's contemporaneous filing of a

Motion for Appointment of Counsel has been submitted on a District Court form, that subject is for the Court of Appeals to address. Accordingly this Court simply transmits that motion to the Court of Appeals for its decision.

                                      _____
                                      Milton I. Shadur
                                      Senior United States District Judge

Date: June 20, 2007